# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**R.M. parent and next friend of O.M., a minor,  G.M. parent and next friend of O.M., a minor,**

                                   **Plaintiffs,**

**-vs-**                                          **Case No.  6:06-cv-351-Orl-28KRS**

**MAGICAL CRUISE COMPANY, LIMITED,**

                                   **Defendant.**

_____

## ORDER

      This cause came on for consideration without oral argument on the following motion filed herein:

|  |  |
|---|---|
| **MOTION:** | **PLAINTIFFS' UNOPPOSED MOTION TO HOLD CASE MANAGEMENT CONFERENCE TELEPHONICALLY (Doc. No. 7)** |
| **FILED:** | **April 26, 2006** |

**THEREON** it is **ORDERED** that the motion is **GRANTED**.

      **DONE** and **ORDERED** in Orlando, Florida on April 26, 2006.

*Karla R. Spaulding*
_____
KARLA R. SPAULDING
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:
Counsel of Record
Unrepresented Parties