## UNITED STATES DISTRICT COURT
### MIDDLE DISTRICT OF FLORIDA
#### ORLANDO DIVISION

**R.M. parent and next friend of O.M., a minor,  G.M. parent and next friend of O.M., a minor,**

           **Plaintiffs,**

**-vs-**                                         **Case No.  6:06-cv-351-Orl-28KRS**

**MAGICAL CRUISE COMPANY, LIMITED,**

           **Defendant.**

___

## ORDER

This cause came on for consideration without oral argument on the following motion filed herein:

> **MOTION:**    **JOINT MOTION TO APPROVE CONFIDENTIALITY AGREEMENT AND STIPULATION FOR PROTECTIVE ORDER (Doc. No. 30)**
>
> **FILED:**    March 14, 2007
> ___
>
> **THEREON** it is **ORDERED** that the motion is **DENIED** without prejudice.

The proposed confidentiality order is essentially an "umbrella" protective order because it permits the parties to designate as confidential any information produced during discovery that any party considers to be confidential.  Before entering a protective order, the Court must find that good cause warrants the entry of the order with respect to each category of documents or information sought to be included in the order.  *In re Alexander Grant & Co. Litigation*, 820 F.2d 352, 355-57 (11th Cir.

1987). The parties have not presented good cause to support the broad description of confidential documents in this proposed confidentiality order.

The parties may continue to conduct discovery pursuant to their private agreement to the proposed confidentiality order. If the Court is asked to resolve issues regarding whether a document was appropriately designated as confidential, the burden will be on the designating party to support the designation. Middle District of Florida Local Rule 1.09 governs requests to file documents with the Court under seal.

**DONE** and **ORDERED** in Orlando, Florida on March 15, 2007.

*Karla R. Spaulding*
KARLA R. SPAULDING
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties